UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONAL DOUEIL EUSTACHE,<br><br>        Petitioner,<br><br>  v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>        Respondents. | Case No. 5:17-cv-02521-PA (SHK)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

  On December 20, 2017, Petitioner Ronal Doueil Eustache ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241 seeking to be released from immigration custody. Electronic Case Filing Number ("ECF No.") 1, Petition.

  On March 13, 2018, Respondents notified the court that Petitioner had been removed from the United States on February 14, 2018, and argued that the Court should deny the Petition as moot because Petitioner is no longer in immigration custody. ECF No. 7, Notice of Respondents that Petitioner Has Been Removed from the United States of America at 2. On March 15, 2018, Petitioner acknowledged that his Petition is moot and voluntarily dismissed his Petition. ECF No. 10, Petitioner's Notice of Voluntary Dismissal.

1 | Because the Petition has been rendered moot by Petitioner's removal from
2 | the United States, as acknowledged by both parties, IT IS HEREBY ORDERED
3 | that this action is **DISMISSED**, without prejudice.

Dated: March 19, 2018

PERCY ANDERSON
United States District Judge

Presented by:

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge