JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONAL DOUEIL EUSTACHE,<br><br>               Petitioner,<br><br>    v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>               Respondents. | Case No. 5:17-cv-02521-PA (SHK)<br><br>JUDGMENT |

    Pursuant to the Order Dismissing Action Without Prejudice,

    IT IS HEREBY ADJUDGED that this action is **DISMISSED**, without prejudice.

Dated: March 19, 2018

_____
PERCY ANDERSON
United States District Judge